**The Law Office of
Bertram C. Okpokwasili**
121 Newark Avenue, Suite 518
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352



Bertram C. Okpokwasili, Esq.*
Email: Bertram@bcolawfirm.com

---

* Member of the New York Bar and New Jersey Bar

**BY ECF**

November 27, 2019

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States of America v. Edgar Salvador Rodriguez</u>
Docket No. 1:18-cr-00561-VM

Dear Judge Marrero,

Defense counsel respectfully submits this request to the Court to adjourn the December 06, 2019 sentence date in the above referenced matter to a time in February or a date soon thereafter that is convenient for the Court's schedule. The reason for this request is that Defense counsel requests additional time to consult with client at the MDC in preparation for sentencing. AUSA Robert Sobelman on behalf of the Government, consents to this request. Should the Court have any questions or require additional information please contact me.

Respectfully,

/s/ BCO

Bertram C. Okpokwasili, Esq.

CC: AUSA Robert B. Sobelman (ECF)

---

Request GRANTED. The sentencing of defendant Edgar Rodriguez herein is rescheduled to 3-6-19 at 10:45 a.m.

SO ORDERED.

12-2-19
DATE          VICTOR MARRERO, U.S.D.J.