## The Law Office of
## Bertram C. Okpokwasili
121 Newark Avenue, Suite 518
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

Bertram C. Okpokwasili, Esq.*
Email: Bertram@bcolawfirm.com

---

* Member of the New York Bar and New Jersey Bar

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/20

**BY ECF**                                                       February 21, 2020

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States of America v. Edgar Salvador Rodriguez**
Docket No. 1:18-cr-00561-VM

Dear Judge Marrero,

Defense counsel respectfully submits this request to the Court to adjourn the March 6, 2020 sentencing date to May 8, 2020 or May 15, 2020 as my client and family contacted counsel to advise that the mother of my client has court starting on March 5 regarding retaining the custody of Edgar's niece, the daughter of Edgar's departed sister, and the family should be able to book flights from Texas to New York on the aforementioned days. AUSA Robert Sobelman on behalf of the Government, consents to this request. Should the Court have any questions or require additional information please contact me. Thank you.

Respectfully,

/s/ *BCO*

Bertram C. Okpokwasili, Esq.

CC: AUSA Robert B. Sobelman by ECF

Request GRANTED. The sentencing of defendant Edgar Rodriguez herein is rescheduled to 5-15-20 at 4:30 p.m.

SO ORDERED.
2-24-20
DATE    VICTOR MARRERO, U.S.D.J.