```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :         18 CR 561(VM)
           -against-                :            ORDER
                                    :
EDGAR RODRIGUEZ,                    :
                                    :
                 Defendant.         :
------------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant, currently scheduled to be held on Friday, May 15, 2020, shall be rescheduled to Friday, June 19, 2020 at 3:45 p.m.

**SO ORDERED:**

Dated:   New York, New York
         26 March 2020

_____
Victor Marrero
U.S.D.J.