```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :     18 CR 561(VM)
        -against-                   :        ORDER
                                    :
EDGAR RODRIGUEZ,                    :
                                    :
                Defendant.          :
------------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated June 2, 2020, the parties jointly request that the sentencing of the above-named defendant be adjourned to July 31, 2020, or soon thereafter. (See Dkt. No. 44.) Accordingly, it is hereby ordered that the sentencing of the above-named defendant, currently scheduled to be held on Friday, June 19, 2020, shall be rescheduled to Friday, July 31, 2020 at 11:30 a.m.

**SO ORDERED:**

Dated:   New York, New York
         03 June 2020

_____
Victor Marrero
U.S.D.J.