```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :    18 CR 561(VM)
            -against-               :       ORDER
                                    :
EDGAR RODRIGUEZ,                    :
                                    :
                  Defendant.        :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated July 21, 2020, the parties jointly request that the sentencing of the above-named defendant be adjourned to a date in the fall when the Court may hold the sentencing in-person, or soon thereafter. (See Dkt. No. 46.) Accordingly, it is hereby ordered that the sentencing of the above-named defendant, currently scheduled to be held on Friday, July 31, 2020, shall be rescheduled to Friday, December 4, 2020 at 11:30 a.m.

**SO ORDERED:**

Dated:    New York, New York
          22 July 2020

_____
Victor Marrero
U.S.D.J.