**The Law Office of**
**Bertram C. Okpokwasili**
201 Montgomery Street, 2nd Floor,
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2020
```

Bertram C. Okpokwasili, Esq.*
_____
* Member of the New York Bar and New Jersey Bar

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States of America v. Edgar Salvador Rodriguez</u>
Docket No. 1:18-cr-00561-VM

Dear Judge Marrero,

    Defense counsel respectfully submits this request to the Court to adjourn the December 4, 2020 sentencing date to March 2021 or to a date subsequent that fits the Court's schedule. Due to issues with the normal sentence procedure and travel due to the Coronavirus pandemic, my client is requesting to postpone sentencing to when he can have it in person and have his family, who hails from Texas, attend. AUSA Robert Sobelman, for the government, has given consent. Should the Court have any questions or require additional information please contact me. Thank you.

Respectfully,

/s/ *BCO*

Bertram C. Okpokwasili, Esq.

CC: AUSA Robert B Sobelman by ECF



```
The request is granted. The sentencing
currently scheduled for December 4, 2020
is adjourned until March 18, 2021 at
10:30 a.m.

SO ORDERED.
11/20/2020
DATE                    VICTOR MARRERO, U.S.D.J.
```