**The Law Office of
Bertram C. Okpokwasili**
201 Montgomery Street, 2nd Floor, Suite
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/26/2021__

Bertram C. Okpokwasili, Esq.*
_____
* Member of the New York Bar and New Jersey Bar

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

March 25, 2021

Re: <u>United States of America v. Edgar Salvador Rodriguez</u>
Docket No. 1:18-cr-00561-VM

<u>Request to Compel Metropolitan Detention Center Warden and Legal Counsel to respond with regard to medical assistance, and restore Mr. Rodriguez back to his unit.</u>

Your Honor,

I respectfully request that your Honor compel the Warden and Legal Counsel of the Metropolitan Detention Center ("MDC") to have a doctor see my client and contact me with the status of my clients' medical status and when Mr. Rodriguez will be released from the Solitary Housing Unit ("SHU") and transferred back to his cell.

My client Edgar Rodriguez, is presently detained at the MDC, BOP #76197-054, floor 7, pod 72 as he is waiting to be sentenced in case Docket No. 1:18-cr-00561-VM case. He has exhibited exemplary behavior at the MDC, takes classes and has been entrusted by his caretakers as an orderly and known for one who looks out for others in his unit.

On March 17, 2021, he was the victim of a horrible attack. My client however did not fight back even though his life was in danger. These two "new" inmates invaded his cell, brandishing a

## The Law Office of
## Bertram C. Okpokwasili

201 Montgomery Street, 2nd Floor, Suite 263
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

knife and steel master lock with a string attached to it. He suffered bruises and contusions as he was hit multiple times with the steel master lock. Luckily he managed to escape with his life but he possibly may have a broken bone in his hand.

I have left two messages on the legal department with no response. Moreover, my client, although innocent of any infraction, has been in the SHU for the last 8 days, which is to him, (as it is to many inmates), an aggravated and somewhat extreme punishment. My client has been in the MDC for some time, which has been incredibly harsh and in constant lockdown due to COVID, but reported to me recently that being in the SHU this last week is incredibly hard. I believe my client is in shock. On his behalf, I request that this Court order that the MDC Warden and Legal counsel 1.) have a doctor examine Mr. Rodriguez ASAP, and 2.) restore Mr. Rodriguez to his unit and his belongings.

Thank you for your time. Please let me know if you have any questions.

Respectfully submitted,
___/s/ Bertram C. Okpokwasili___
BERTRAM C. OKPOKWASILI
Attorney for Edgar S. Rodriguez

CC: AUSA Robert Sobelman

> The Government is hereby directed to review the requests contained herein with the Bureau of Prisons and respond by close of business today, March 26, 2021.
>
> **SO ORDERED.**
>
> 3/26/2021
> DATE                    VICTOR MARRERO, U.S.D.J.

2 | Page