```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :   **18 CR 561 (VM)**
         -against-                  :   **ORDER**
                                    :
EDGAR RODRIGUEZ,                    :
                                    :
              Defendant.            :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

As follow up to the proceeding held before this Court on April 14, 2021, the Court hereby schedules a subsequent conference for Friday, April 30, 2021 at 10:30 a.m.

In light of the ongoing public health emergency, the conference shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:     New York, New York
           April 22, 2021

_____
Victor Marrero
U.S.D.J.