USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,

        -against-

EDGAR RODRIGUEZ,

                Defendant.
-----------------------------------X

**18 CR 561 (VM)**
**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

The Court having found good cause, the conference in the above-captioned matter scheduled for Friday, April 30, 2021 at 10:30 a.m. will proceed under seal.

**SO ORDERED:**

Dated:    New York, New York
            April 29, 2021

_____
Victor Marrero
U.S.D.J.