**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,

    -against-

EDGAR RODRIGUEZ,

             Defendant.
-----------------------------------X

**18 CR 561 (VM)**
**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2021

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the conference scheduled for May 20, 2021 at 12:00 p.m. shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
           May 20, 2021

_____
Victor Marrero
U.S.D.J.