# The Law Office of
# Bertram C. Okpokwasili

201 Montgomery Street, 2nd Floor, Suite 263
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

Bertram C. Okpokwasili, Esq.*
_____
* Member of the New York Bar and New Jersey Bar

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2021
```

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

September 08, 2021

Re: **United States of America v. Edgar Salvador Rodriguez**
**Docket No. 1:18-cr-00561-VM**

Dear Judge Marrero,

    Defense counsel respectfully submits this request to the Court to adjourn the October 08, 2021 sentencing date to November 19, 2021. My client is requesting to postpone sentencing to when he can have it in person and have his family, who hails from Texas, attend. AUSA Robert Sobelman, for the government, has given consent. Should the Court have any questions or require additional information please contact me. Thank you.

Respectfully,

/s/ *BCO*

Bertram C. Okpokwasili, Esq.

CC: AUSA Robert B Sobelman by ECF

---

The sentencing currently scheduled for October 8, 2021, is hereby adjourned until December 10, 2021, at 10:30 a.m.

**SO ORDERED.**

September 15, 2021

_____
Victor Marrero
U.S.D.J.